IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

KATHLEEN C. KEATH                                    Case No. 08-12589-BLS
        Debtor                                       (Chapter 13)

U.S. BANK N.A.                                        Ref. Docket No. _44_
        Movant

THOMAS D.H. BARNETT, ESQUIRE
BAR NUMBER 0994
MICHELLE BERKELEY-AYRES, ESQUIRE
BAR NUMBER 4635
Attorneys for the Movant

    v.

KATHLEEN C. KEATH
        Respondent

## <u>CONSENT ORDER MODIFYING AUTOMATIC STAY</u>

Upon consideration of the Motion for Relief from Automatic Stay ("Motion") filed by

U.S. Bank N.A. ("US Bank"), any responses thereto, the consent of the Debtor having been given,

and good cause having been shown; and

**WHEREAS**, or about February 6, 2006 the Debtor executed and delivered to Mercantile

Mortgage, LLC  a Note in the amount of TWO HUNDRED TWENTY THOUSAND AND

00/100 dollars ($220,000.00), plus interest at the rate of 6.00% per annum, attorneys' fees, costs

and late charges to be paid over thirty (30) years; and

**WHEREAS**, to secure the repayment of the sums due under the Note, the Debtor

executed and delivered to Mercantile Mortgage, LLC a Mortgage dated February 6, 2006

encumbering the real property ("Property") more particularly described in the Mortgage which

has the address of 708 Staghorn Drive, New Castle, DE 19720; and

**WHEREAS**, the Mortgage and Note were later transferred to US Bank and US Bank is the holder of the Mortgage and Note; and

**WHEREAS**, the Debtor has failed to make four (4) post-petition payments in the amount of $1440.96 each for the months of October, 2009 through November, 2009 and $1447.08 each for the month of December, 2009 through January, 2010 and three (3) late charges in the amount of $65.95 each for the months of October, 2009 through December, 2009 and is in arrears post-petition for $6423.93 which amount includes $450.00 representing court costs and attorneys fees incurred by US Bank in filing its Motion for Relief from Automatic Stay; and

**WHEREAS**, the parties desire to resolve this matter without the risks and costs of litigation.

It is this _____ day of _____, 2010 by the United States Bankruptcy Court for the District of Delaware,

**ORDERED**, that the automatic stay is modified provided the Debtor performs under the Note and complies with all of the following terms and conditions:

(a)  The loan modification of the Property must be completed ninety (90) days from the date of this Order; and

(b)  In addition to curing the Arrearage, the Debtor shall resume making regular monthly payments in the amount of $1447.08 subject to adjustment for taxes and insurance as due under the Note beginning on February 1, 2010 and shall timely make all subsequent payments required pursuant to the Note until the Note is paid in full; and

(c)      All payments shall be sent directly to U.S. Bank N.A., 4801 Frederica Street

Owensboro, KY 42301; and it is further

**ORDERED**, that if any of the payments described herein are not timely made then US Bank may file with the Court and serve a Notice of Non-Compliance to Debtor's last known address; Debtor's counsel; and to the Chapter 13 Trustee at the address shown hereunder, and without further notice or order of this Court the stay shall terminate and, US Bank is authorized to exercise its legal rights under applicable law as to the property within fifteen (15) days; and it is further

**ORDERED**, that in the event that the Automatic Stay is terminated, the Chapter 13 Trustee shall be relieved of any and all obligation to cure the proof of claim arrearage due to Movant, its successors or assigns; and it is further

**ORDERED**, that to the extent this case is dismissed, discharged, converted to a case under Chapter 7 or closed and payments on the Note are not contractually current, US Bank shall be permitted to exercise its legal rights under applicable law with respect to the Property.

BY THE COURT:

_____

U.S. Bankruptcy Court Judge

WE ASK FOR THIS:


 /s/ Steven G. Weiler_____
Thomas D.H. Barnett (DE No. 0994)
Steven G. Weiler (DE No. 4934)
Atlantic Law Group, LLC
512 East Market Street
Georgetown, Delaware 19947
302-854-0380 telephone
Attorneys for Movant

Michelle Berkeley-Ayres (DE No. 4635)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
302-339-8800 telephone
302-213-0043 facsimile

/s/ Vivian A. Houghton_____
Vivian  A. Houghton, Esquire
Bar No. _____
800 West Street
Wilmington, DE 19801
Attorney for Debtor


 /s/ Michael B. Joseph_____
Michael B. Joseph, Esquire
824 Market Street
P.O. Box 1351
Wilmington, DE 19899-1351
Chapter 13 Trustee